## ABERCROMBIE & FITCH CO. v. UNITED STATES

No. 5818.—Invoices dated London, England, November 19, 1941.
Entered at New York, N. Y., December 16, 1941.
Entry No. 730010.

(Decided February 12, 1943)

Lane & Wallace for the plaintiff.
Paul P. Rao, Assistant Attorney General (Daniel I. Auster, special attorney for the defendant.

TILSON, Judge: Accepting the stipulation upon which this appeal has been submitted as a statement of fact, I find and hold the proper dutiable foreign value of the merchandise covered by said appeal to be 13 shillings, 4 pence, per yard for the 24-inch woven silk fabric, and 14 shillings per yard for the 36-inch woven silk fabric, all less 3¾ per centum discount, packed. Judgment will be rendered accordingly.